# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Civil Action Nos. 05-12 (lead |
| EnRe L.P., | § | case), 05-25, 05-26 |
| | § | |
| Debtor. | § | Bankr. Appeal Nos. 04-11, |
| | § | 04-12, 04-13 |

## **FINAL JUDGMENT**

In accordance with the Court's Order Affirming Bankruptcy Court, the Court enters final judgment in the above-styled consolidated action in favor of Appellee and against Appellants.

SIGNED and ENTERED this 17th day of June, 2005.

_____
Janis Graham Jack
United States District Judge